ELLIOT ENOKI
United States Attorney
District of Hawaii

ARUN LIMANI
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 7 2001

____ o'clock and ____ min ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00449 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [H.R.S. §708-810 and 18 U.S.C. |
| TRACI A. BRYANT, | ) | § 7(3) and 13] |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

On or about August 24, 2001, in the District of Hawaii, at Puuloa Housing Area, Ewa Beach, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, defendant TRACI A. BRYANT did recklessly disregard a risk that a building was the dwelling place of another and intentionally entered and remained unlawfully in the dwelling of Heather and Thomas Ranft, situated at 4952-B West Ehiku Way, Puuloa Housing Area, Ewa Beach, Hawaii, with intent to commit a crime therein against property rights.

All in violation of Hawaii Revised Statutes, Section 708-810, and Title 18, United States Code, Section 13.

DATED: __11/7/01__, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
ARUN LIMANI
Special Assistant U.S. Attorney

UNITED STATES v. TRACI A. BRYANT
CR. #
INDICTMENT